| | |
|---|---|
| 1 | Jeremy E. Shulman (#257582) |
| | jshulman@afrct.com |
| 2 | ANGLIN, FLEWELLING, RASMUSSEN, |
| |     CAMPBELL & TRYTTEN LLP |
| 3 | 199 S. Los Robles Avenue, Suite 600 |
| | Pasadena, California  91101-2459 |
| 4 | Tel: (626) 535-1900 |
| | Fax: (626) 577-7764 |

Attorneys for Defendant
Wachovia Mortgage, a division of
Wells Fargo Bank, N.A., formerly known as
Wachovia Mortgage, FSB and World Savings
Bank, FSB, sued as "World Savings Bank, FSB"
and "Wachovia Mortgage" ("Wachovia")

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| MARIA ALICIA CORDON, | Case No. 3:09-cv-05333-EMC |
| Plaintiff, | Hon. Edward M. Chen, Magistrate Judge |
| vs. | STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT  ; ORDER |
| WORLD SAVINGS BANK, FSB, WACHOVIA MORTGAGE, LSI TITLE COMPANY, INC., A CALIFORNIA CORPORATION, GOLDEN STATE FINANCING, AND DOES 1 - 100, | New Deadline for Response to Complaint: December 18, 2009 |
| Defendants. | |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

　　1.　　Plaintiff and defendant WACHOVIA MORTGAGE, a division of WELLS FARGO BANK, N.A., formerly known as WACHOVIA MORTGAGE, FSB and WORLD SAVINGS BANK, FSB, sued as "World Savings Bank, FSB" and "Wachovia Mortgage" (hereinafter "Wachovia"), hereby stipulate to extend this defendant's time to file its response to the complaint from November 17, 2009, to and including December 18, 2009.   This stipulation is being made at the request of defendant Wachovia.

1     2.    Counsel do not anticipate any further stipulations to extend the deadline for Wachovia to respond unless a first amended complaint is filed prior to expiration of the time for defendant Wachovia to respond to the initial complaint.

IT IS SO STIPULATED.

| Dated: November 17, 2009 | MICHAEL ROONEY LAW OFFICE |
|---|---|
| | By:   /s/ Michael Patrick Rooney |
| |       Michael Patrick Rooney, Esq. |
| |       mike@mikerooneylaw.com |
| | Attorneys for Plaintiff |
| | MARIA ALICIA CORDON |
| Dated: November 17, 2009 | ANGLIN, FLEWELLING, RASMUSSEN CAMPBELL & TRYTTEN LLP |
| | By:   /s/ Jeremy E. Shulman |
| |       Jeremy E. Shulman |
| |       jshulman@afrct.com |
| | Attorneys for Defendants |
| | Wachovia Mortgage, a division of Wells Fargo Bank, N.A., formerly known as Wachovia Mortgage, FSB and World Savings Bank, FSB, sued as "World Savings Bank, FSB" and "Wachovia Mortgage" |

ATTESTATION PURSUANT TO GENERAL ORDER 45

I, Jeremy E. Shulman, attest that concurrence in the filing of this document has been obtained from each of the signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 17th day, November, 2009.

                                              /s/ Jeremy E. Shulman
                                              jshulman@afrct.com

IT IS SO ORDERED:

_____
Edward M. Chen
U.S. Magistrate Judge

*IT IS SO ORDERED — Judge Edward M. Chen (court seal, United States District Court, Northern District of California)*

# CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the city of Pasadena, California; my business address is Anglin, Flewelling, Rasmussen, Campbell & Trytten LLP, 199 S. Los Robles Avenue, Suite 600, Pasadena, California 91101-2459.

On the date below I served a copy of the following document:

**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

on all interested parties in said case as follows:

**Served Electronically via Court's CM/ECF System:**

*Attorney for Plaintiff:*
Michael Patrick Rooney, Esq.
MICHAEL ROONEY LAW OFFICE
580 California Street, 16th Floor
San Francisco, CA 94104

Phone: (415) 533-0282
Facsimile: (415) 704-3321

**Served by U.S. Mail**

*Counsel for LSI Title:*
Charles A. Correia, Esq.
PITE DUNCAN, LLP
4375 Jutland Drive, Suite 200
San Diego, CA 92117

Phone: (619) 326-2407
Facsimile: (619) 326-2430

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. This declaration is executed in Pasadena, California, on **November 18, 2009**.

_____Lore Pekrul_____          _____
(Print name)                                    (Signature)